# Chief of Police Contractual Employment Agreement

The following is by and between the Borough of Springdale, PA Council herein referred to as the Borough , and Chief of Police Julio F. Medeiros, III herein referred to as the Chief for the borough police department. The purpose of this contractual employment agreement is to set forth the compensation and proper working conditions of employment and to ensure continuity of management for the position of Chief. Therefore, this Contract is intended to be in all respects in the public interest of those residing in the Borough of Springdale.

**Definitions:**

"Mayor" means the person elected to service in that office for the Borough of Springdale, Pennsylvania.

"Calendar days" means each day inclusive of weekends and holidays.

"Chief" means the Chief of Police for the Borough of Springdale, Pennsylvania. "Borough" means the Borough of Springdale, Pennsylvania.

"Borough Council" means the Borough Council of the Borough of Springdale.

"Officers" means all other Officers in the Springdale Borough Police Department.

**Agreement:**

The Borough Council, on behalf of the Borough of Springdale, does hereby employ Julio F. Medeiros, III as the Chief of Police for a term of five years to commence in August, 2013 thru August 2018 and understands that in the enforcement of his duties, he is subject to the Mayor, in accordance with all applicable laws of the State of Pennsylvania and the Borough of Springdale. Chief Medeiros understands that in the enforcement of his duties, he is answerable to the Mayor or in his absence, the President of Council, as set forth in the Borough Code.   The parties agree that the terms set forth herein are binding however, the parties further agree that the terms may be modified by mutual written agreement in the future.

**The Chief agrees to:**

    A.  Perform all of the duties enumerated in an agreeable Job Description for Chief of Police, which shall be attached.

EXHIBIT

l

B. If available, to use civilians in the Police Department to perform duties which do not require a Certified Officer or the powers of arrest. The scope of such duties may include, but are not limited to, communications, information systems, records, community services, clerical support and maintenance, etc.

C. To reimburse the Borough a sum of $3,000.00 if he is to voluntarily terminate his service with the Borough within the first three years of his employment.

D. To provide to the Mayor and Borough Council a prepared "State of Department" address at each Borough Council Meeting in an effort to provide the elected Borough Officials with the status of the police department, its officers, arrests, crimes, public concerns, department goals, budgetary matters, employee issues, etc.

E. To forgo health insurance offered by the Borough. In the event that the Chief shall seek health insurance during the term of this agreement, the Chiefs base pay will be reduce commensurate with the cost of insurance.

F. To attend, unless excused, as one of the duties of the Chief of Police, the regular business meeting of the Borough of Springdale currently held on the third Tuesday of each month for a minimum of 30 minutes per meeting. It is understood that when the Chief is required to attend such meetings, he may, in accordance with paragraph V. in the "Borough Agrees To" section below, take commensurate amount of time off during the ordinary week for any amount of time required to attend such meetings in excess of 30 minutes per meeting.

G. To refrain from any non-official business or activity during the normal scheduled hours when the Chief is performing police work.

H. To submit to an annual physical, at Borough expense, performed by a physician designated by the Borough. The physical examination shall include drug and alcohol screenings.

I. To participate in a random drug screening program as is outlined in the current collective bargaining agreement.

**The Borough Agrees To:**

A. Support and promote the position of Chief of Police

B. Provide accommodations for the Chief and the Officers.

C. Upon initial hire, the Borough will provide the Chief with a maximum clothing allowance

of $1000.00. For every calendar year thereafter beginning in January following one full year of employment, the Borough shall provide the Chief with a Clothing allowance of up of an annual maximum of $600.00. A purchase order must be obtained prior to placing the order with an approved vendor. Items not essential to the required uniform or after the $600.00 is exhausted must not be billed to the municipal account.

D. Provide the Chief with a bullet proof vest every five years. The vest must be worn at all times while on duty.

E. Agree to pay the Chief a salary of $78,000 annually, for performance of the Chief duties with annual merit raises, subject to the provisions of the Borough of Springdale Personnel rules and or council stipulation with three weeks paid annual vacation. The Chief agrees to a paid annual salary of $76,700.00 if he opts to purchase an extra week of paid annual vacation for $1,300.00.

F. Allow the Chief three (3) weeks paid vacation annually for the first three years, with an additional week at the completion of three years of service and commencing at the fourth year of service, with the possibility of an extra paid annual vacation as set forth in E. above.

G. Allow the Chief two (2) paid personal days annually

H. Provide the Chief with ten (10) sick days per calendar year. Sick days are to be used only for personal illness or to care for a sick spouse or child. Unused sick days may be accumulated to a total of seventy-five (75) days. Sick days shall be prorated in the first and last year of employment at a rate of 2.46 hours per pay period. In the event of service termination the Chief shall be paid per day for each day of earned, including vacation pay, but unused sick leave shall be paid as follows:

| Termination of Employment by the Employer for cause: | 0% |
|---|---|
| Termination of Employment by Employee | 50% |
| Termination of Employment by Employer without cause: | 75% |
| Termination of Employment due to Death or Injury | 100% |

I. Allow the Chief bereavement leave in accordance with leave granted to members of the Borough of Springdale Police Department collective bargaining agreement and or Borough Personnel manual.

J. Provide contributions to the State of Pennsylvania State Pension Law Enforcement

Retirement Fund (Act 600) for the Chief in accordance with state law and Borough Ordinance 1206 of 2004.

K. Provide life insurance to the Chief at an amount offered to all Borough of Springdale Police Officers.

L. The Chief shall be entitled to all holidays as enumerated in the collective bargaining contract with the Borough of Springdale Police Officers in effect at any given time. In the event that the Chief works a holiday, he shall be entitled to the same pay in terms of time off at a future date which must be approved by the Mayor and taken within the following thirty (30) days or unless extended further by the Mayor due to unforeseen reasons such as staffing and the like

M. Pay for or provide for necessary professional membership in up to three law enforcement organizations, i.e., IACP, PACP, ALLEGANY CP, etc. All reasonable expenses incurred and related to attendance at law enforcement related conferences, seminars, meetings, chief's conventions, etc., both in and out of the State of Pennsylvania that relate to his position and the needs and betterment of the Borough and its police department provided that the Mayor and Council approve same in advance.

N. The Borough shall provide the Chief for his full-time use a cellular phone.

O. Should the Chief be injured in the line of duty, the Borough shall pay his salary and benefits until such time as disability or Workmen's Compensation of Pennsylvania comes into effect.

P. Provide the Chief with a year of base severance pay in the event of termination or dismissal without cause following the Chief's successful completion of a one year probationary period. If the Chief is dismissed for cause or during the probationary period, there shall be no severance paid. For cause shall be defined as including but not limited to: I. Being criminally charged and convicted of a criminal act under state or federal law; 2. Inefficiency; 3.Misconduct; 4. Insubordination; or 5. Violation of Borough Personnel Rules and Regulations 6. Conduct unbecoming an Officer.

Q. The Chief, at the request of Borough Council, shall participate in all officer hiring and disciplinary decisions affecting the Borough of Springdale Police Department and its officers, with the goal of providing the utmost professional law enforcement services **with officers of the highest moral and professional character.** The Borough of

Springdale Police Department shall among other policies, maintain up-to-date hiring and internal affairs policies, which shall be prepared by the Chief for council approval. With the Mayor's approval, the Chief shall participate in investigations involving allegations of officer misconduct consistent with department policy and collective bargaining agreements.

R.   To the extent required by law, in the event that the Chief is the subject of any legal action resulting from the lawful discharge of his duties, the Borough shall provide the Chief with legal counsel, except for those occasions arising out of claims, complaints or actions taken by the Borough through its Borough Council against the Chief. **\*The Chief shall not be eligible for the appointment of legal counsel or the payment of legal fees hereunder in the event that the Borough Council shall find that the legal action involving the Chief is the result of willful or wanton misconduct, or criminal activity on behalf of the Chief of Police.**

S.   The Chief shall maintain his primary residence within ten air miles of the Borough of Springdale, Pennsylvania.  The Chief shall receive a yearly supplement of $1300.00 in the event the Chief resides within the Borough limits.

T.   Unless otherwise directed by the Mayor, the Chief shall be free to issue applicable public media releases relating to, but not limited to, crimes and arrests, public education, police department activities, officer activities, etc.

U.   It is agreed and understood that at the time of this Agreement, the Chief of Police is not a member of any labor organization representing the police officers in the Borough of Springdale. It is further agreed that during the term of this Agreement, the Chief of Police will not seek membership in or become a member of any labor organization representing police officers in the Borough of Springdale.

V.   It is agreed and understood that the Chief is a salary employee who may at times may have to work greater than a 40 hour work week. This may include Council meetings, community events and other exigent circumstances that may occur in a small police department that normally deploys one (1) officer per shift. The Chief understands that working beyond 40 hours per week may be a practical aspect of the job and the Borough in turn agrees that all hours worked beyond 40 hours per week will allow the Chief to document same and submit the total hours on a monthly basis to the Mayor

for consideration of time owed if and when it may be acceptable to the Borough that the Chief can use these hours against his 40 hour work week. Any and all hours shall either be used as time owed or compensated at an hourly wage every calendar year.

**IN WITNESS WHEREOF**, intending to be legally bound, the parties hereby set their hands and seals this ___ day of _____, 2013.

**ATTEST**                                           **BOROUGH OF SPRINGDALE**


_____              _____
                                         David Finley, Council President


**WITNESS**                                          **CHIEF OF POLICE**


_____              _____
                                         Julio F. Medeiros, III

# The Borough of Springdale

Incorporated Oct. 17, 1906

President of Council
DAVID FINLEY

325 School Street
P.O. Box 153
Springdale, Pennsylvania 15144
(724) 274-6800  Fax (724) 274-4477

Mayor
EILEEN MILLER

September 19, 2013

## Addendum to Contract Issued

We the Borough agree to change the start date from August 2013 to October 2013 for the offered contract.

In Section V of the contract that Comp time be awarded and not hourly pay.

**BOROUGH OF SPRINGDALE**

David Finley, Council President

**CHIEF OF POLICE**

Julio F. Medeiros, III