

**JULIO F. MEDEIROS, III**
*Chief of Police*

# SPRINGDALE BOROUGH
# POLICE DEPARTMENT

325 School Street
Springdale, Pa 15144
PD: 724-274-9022
Fax: 724-274-8154

April 11, 2015

Attorney Craig Alexander
Borough Solicitor
Borough of Springdale, PA 15144

Dear Attorney Alexander:

Please be advised that I am officially notifying you of a continued issue involving one James Corr and possible ethical violations, bullying, threats and political interference on behalf of certain council persons.

As you are aware, I was selected to serve as the chief of police for the Borough of Springdale in May, 2013. The department at the time was in complete turmoil. Officers had been terminated, arrested, and involved in numerous instances of misconduct. Officers had been hired after failing components of the civil service examination process, test questions were given out prior to tests being administered, while others in my opinion were lacking the qualifications, proper background investigations, and or the moral integrity needed to uphold the true professionalism needed in law enforcement. I was told that that I was chosen due to my education and vast experience in order to bring leadership to the police department and restore the faith of the community and this has been thwarted on every front by some members of council.

Unfortunately, I was here only a week when certain council members began to contact a South Dakota newspaper personnel in an attempt to create some type of controversy surrounding my swearing in here in Pennsylvania which, was clearly discussed with my authorities in South Dakota and properly documented. Furthermore, I was approached by a councilman in December, 2013 and told that my main job was to "Keep the Niggers on the other side of the river and to crack their heads if needed. " This was appalling to me and also documented. My attempts to create a professional internal affairs policy and to act on it in a case of complaints against an officer was interrupted. Within just a few months, I was being brought up on false claims of conduct unbecoming an officer after a private meeting behind closed doors in my office, which cost me several thousands of dollars to defend myself.

EXHIBIT
2

As you may or may not be aware, I retired honorably after more than 22 years of service in Rhode Island and have received dozens of letters of recognition, appreciation, and commendation for exemplary service to include saving a life of a disabled man. I went on to be a police chief in the Midwest and experienced much success in two of the departments, while cementing solid relationships with federal, state, local and court agencies, judges, community persons, etc. Still, I am continuously harassed and threatened by certain members of this council all of which, has been documented.

I have continuously observed actions, recommendations and nominations, etc by certain council people who have clear biases and or prior conflicts of interests but still fail to recuse themselves when appropriate. Cameras have been installed in the police department and throughout the borough building by a registered sex offenders under the direction of one councilman and during a time when dozens of children where utilizing the borough gym. This was brushed under the carpet, but was one of the main topics of concern in my private meeting referenced earlier in this memorandum.

Still, I am bullied, disrespected and slandered by some council persons in this "Hostile work environment for me. " Certain council people have gone to certain patrol officers and made inappropriate comments, while attempting to solicit their support in getting rid of me. This too has been documented!

I must state that never in my nearly thirty year police career have I seen such political oppressions, a clear lack of integrity, back door politics, and an overall failure to create an ethical and professional work setting on behalf of some elected officials. As a national ethics instructor who has studied numerous case studies involving official misconduct, much of what I see here fits the same profile, and is completely disturbing to me. Furthermore, my health and family have been negatively affected by the actions of some on council who continue to create controversy and a hostile work environment. I am spoken to with complete disrespect by one councilman who calls me "Dude, man, etc." Comments were previously made to my wife in front of our son by a certain council person referencing her doing a rain dance because she is of Native American decent. These comments were insulting and deplorable to her and my entire family!

Still, issues continue to surround the police department with one councilman emailing me and accusing me of using politics to get my wife a job; facebook posts encouraging people to come to council meetings to make personnel complaints against me over a citation that I issued to a business person in the community; comments accusing Mayor Lloyd for attempting to fix felony charges against a member of the public, ticket fixing, etc.

The latest controversy involves one James Corr who is a former police officer who resigned under a department internal affairs investigation. As you are aware, Mr. Corr showed up at the March, 2015 council meeting and exhibited in my opinion and that of others, peculiar, alarming and threatening behavior. He personally threatened me to

give him his job back.  He called the mayor corrupt and stated that he would stay around until we were fired or arrested and he gets his job back.  He stated that he was personally invited by Councilmen Polsinelli and Molnar, which if true is even more alarming. Mr. Corr continues to slander me and the mayor on social media and personal emails and is now commenting on an official police investigation that he should have never be privy to.  He is asserting and referencing his knowledge of a candidate for council to be caught on video stealing as well as me covering up the investigation, which is simply untrue.  The fact of the matter is that I have never in my career covered up an investigation and if charges are warranted, they will be applied in any case deemed appropriate.  The case in question against a Mr. Jeff Hartz is inconclusive and if some more clear video or evidence were to come forward that is conclusive, then he will be charged. For the record, I have told this to Mr. Hartz who has been nothing short of cooperative and forthcoming.  The fact that certain councilmen are making threats about me not investigating this and now Mr. Corr is blurting this out publically leads me to believe that there may be a connection.  This is appalling, and wrong to say the least and has been documented accordingly.

The fact that Mr. Corr is telling people on social media that I am under investigation and that this is coming to a head, has resulted in my phone ringing off the hook from people whom are concerned.  Comments by Mr. Corr accusing former Mayor Miller of misconduct as well as current Mayor Kenneth Lloyd have also been obtained. The bottom line is that I welcome any investigation and quite frankly hope one ensues as I continue to document these blatant injustices.  The fact of the matter is that Mr. Corr resigned and the borough agreed to remain neutral regarding any reference request of him, which was in stark contrast to my belief that he should have been terminated and decertified as a police officer. Still, he continues to slander me, my family, Mayors Lloyd and Miller and has created serious alarm and fear for my safety and that of others.  He has knowledge of an official department criminal investigations that has never been released by me to anyone unauthorized or not connected to the case.  Comments made by certain council people about the fact that if the chief knows what best for him he better investigate this, closely parallels Mr. Corr's comments on emails and social media which I am now in possession of.

In closing, I accepted this job to be closer to family and to employ my training and experience in making the Springdale Borough Police Department a department that is respected and serves the public with highest professionalism. Unfortunately, the constant battle between certain elected officials and the now coming election has thrust me yet again into the middle of this damaging and unnecessary conflict.  I have documented dozens of instances of inappropriate behavior on behalf of some elected officials as well as the bullying and a hostile work environment that I have been subjected to.  As an officer of the court and our borough solicitor, I am officially seeking your assistance in these ongoing matters in order to end the inappropriate, unethical and even unlawful actions by certain persons.   If you have any questions or concerns, please do not hesitate to contact me.

Respectfully,

Julio F. Medeiros, III
*Chief of Police*

Cc Council President J. Fry
   Mayor K. Lloyd