# The Borough of Springdale

Incorporated Oct. 17, 1906

President of Council
Jason R. Fry

325 School Street
Springdale, Pennsylvania 15144
(724) 274-6800  Fax (724) 274-4477

Mayor
KENNETH H. LLOYD

August 13, 2015

Chief Julio Medeiros
14 Harmar Dr
Cheswick, PA  15024

Dear Chief Mederios,

As personnel chair, I am writing this letter on behalf of Springdale Borough Council.

Council is requesting that you document in writing, all hours of accumulated time taken and all hours that you feel are currently owed to you by Springdale Borough, detailing if such dates and times used are Vacation, Sick, Personal, Bereavement or other.

The Borough Manager must reconcile to Council this information.

Please understand that, no personal information is required by you, as to how this time was used.

I am asking that this documentation be forwarded to the borough office no later than, Monday, August 17, 2015.

Sincerely

Frank G. Forbes
Personnel Chair
Springdale Borough

Frank Forbes
724 651 3512

**EXHIBIT**
**3**
A