August 15, 2015

Councilman Frank Forbes
Springdale Borough Council
325 School Street
Springdale, PA 15144

Dear Councilman Forbes:

Please be advised that I received your letter via the US Post Office on Friday, August 14, 2015 requesting that I forward to the borough office a letter detailing all hours taken and owed. As you are aware, I have been out of work and under physician care and orders since July 17, 2015. During this time, I was advised by a councilman on July 31, 2015, that due to liability purposes, I should not be at work at all until medically cleared to return. With that said, much of the documentation concerning your request is in my office at the police department and among notes, emails, memos, etc., and in particular, the period of time covering 2013-2014.

In order to comply with your request, I will need to come to the police department and spend some time reviewing the last couple of years to accurately reflect what it is that you are requesting. I am also needing to acquire my department cell phone records which, I did request from Ms. McAfoose in the last couple of weeks. This will help detail the amount of time spent dealing with work related matters during off-duty times.

In closing, my work pay stub as of July 29, 2015 did, to the best of my knowledge reflect the remaining time concerning sick, vacation and personal leave. Since that time, I have exhausted the rest of my sick time, and have used some vacation time while out of medical leave until it is decided upon by workers compensation.

If you have any questions, please feel to contact me or my supervisor, Mayor Kenneth Lloyd as to how you need me to proceed.

Respectfully,

Julio F. Medeiros, III
*Chief of Police*

Cc Mayor K. Lloyd
   President Jason Fry



**EXHIBIT**

4