# The Borough of Springdale

Incorporated Oct. 17, 1906

President of Council
Jason R. Fry

325 School Street
Springdale, Pennsylvania 15144
(724) 274-6800  Fax (724) 274-4477

Mayor
KENNETH H. LLOYD

August 13, 2015

Chief Julio Medeiros
14 Harmar Dr
Cheswick, PA  15024

Dear Chief Mederios,

As personnel chair, I am writing this letter on behalf of Springdale Borough Council after consulting with the Borough Solicitor and President of Council and after having discussed same in executive session.

I am writing to you regarding your extended absence as Chief of Police for the Borough of Springdale.  As I am sure you are aware, there are a number of "rumors" as to why you are on leave/off sick.  There are just as many "rumors' as to when you may return to work.

What is known, however, is that you have recently filed a workers compensation claim.  This means that you are claiming a work related injury that may affect your ability to perform your duties.

Consequently, because of the extended nature of the leave and the fact that it may be medically related, Springdale Borough is requiring a letter from a medical doctor stating that in the doctor's medical opinion, you are capable to return to work without restriction to perform the normal duties of Chief of Police.

Additionally, Springdale is requiring that you submit to a medical and psychological examination from one of our panel of doctors as an additional precaution.  Once your doctor releases you, you can arrange with Kim to set this independent examination up.

Sincerely

Frank G. Forbes
Personnel Chair
Springdale Borough

Cc:     Jason Fry
        Mayor Lloyd
        Kim McAfoose
        Craig Alexander

EXHIBIT
_5_