# SPRINGDALE BOROUGH COUNCIL

## REGULAR COUNCIL MEETING

### MINUTES OF AUGUST 18, 2015

The Springdale Borough Council met in Regular Session on Tuesday, August 18, 2015 at 6:00 p.m. at the Springdale Borough Municipal Building, 325 School Street, Springdale, PA  15144.

Members present:  Mr. Fry, President; Mr. Ziencik, Vice President; Mr. Forbes; Mr. Molnar; Mr. Polsinelli; Mr. Overly; and Mr. Zurisko.  Also Present: Mayor Kenneth Lloyd; Mr. Craig Alexander, Solicitor; and Ms. Kimberly A. McAfoose, Borough Manager.
Excused:  Mr. Gordon Taylor, Senate Engineering.

| Topic | Comments / Discussions | Action |
|---|---|---|
| Taxpayers comment on Agenda Items | There were no comments from the audience. | |
| Approval of the Minutes | **MOTION 01.08.2015:**  Mr. Forbes made a motion to approve the Minutes of July 17, 2015 Regular Council Meeting.  The motion was seconded by Mr. Molnar and carried unanimously. | M |
| Correspondence | Allegheny Valley COG/GEDF App-Not Funded<br>Ms. McAfoose stated that Senate Engineering was unsuccessful in getting GEDF funding for this year.  We can apply again. | |
| **APPOINTED OFFICIALS REPORTS** | | |
| Solicitor's Report | A written Current Legal Issues Report as of August 13, 2015 was submitted by Solicitor Alexander and placed in Councils' packet.  Solicitor Alexander stated that there are no additions to the report.  Solicitor Alexander stated that labor and personnel issues need to be discussed in Executive Session.<br><br>Mayor Lloyd asked how the fees are determined for inspections. Solicitor Alexander stated that is not in his report and he does not determine the fees.  Mayor Lloyd asked who goes into Executive Session for the Hearing Board. Solicitor Alexander stated the Zoning Hearing Board and any advisors.  Mayor Lloyd asked if Miss Dice was in the Executive Session.  Solicitor Alexander replied no way. | |
| Engineer's Report | The August 18, 2015 Engineer's written Report was provided in Councils packet.<br>Mr. Taylor was absent.  Ms. McAfoose stated his report stands however read over his report.<br>• MS4 – Borough office completed this<br>• GDEF Funds – Borough was turned down | |

EXHIBIT
6

1

| | replied it would depend on the turn-out for the walk. | |
|---|---|---|
| **Executive Session** | At 6:59 p.m., Mr. Fry announced that Council will recess into an Executive Session.<br><br>Mr. Molnar made a motion to place the Chief of Police, Julio Medeiros, on administrative leave with pay until such time the forensic accountant completes his work. Mr. Polsinelli seconded the motion. Solicitor Alexander stated to make the motion and authorize to obtain a forensic accountant. **MOTION 12.08.15:** Mr. Molnar made a motion to place the Chief of Police, Julio Medeiros, on administrative leave with pay until such time the forensic accountant completes his work and to obtain the forensic accountant. The motion was seconded by Mr. Polsinelli.<br>A roll call vote was taken: Mr. Forbes – Yes, Mr.; Fry – No, Mr. Ziencik – Yes, Mr. Polsinelli – Yes, Mr. Zurisko – Yes, Mr. Molnar – Yes, Mr. Overly – Yes<br><br>6 – Yes 1 – No<br>Motion carries | M |
| **ADJOURNMENT** | **MOTION: 13.08.2015** Mr. Ziencik made a motion to adjourn the meeting. The motion was seconded by Mr. Polsinelli and carried unanimously. | M |


Jason Fry
President of Council

Kimberly A. McAloose
Borough Manager

/mcw

7