# The Borough of Springdale

Incorporated Oct. 17, 1906

President of Council
Jason R. Fry

August 19, 2015

325 School Street
Springdale, Pennsylvania 15144
(724) 274-6800  Fax (724) 274-4477

Mayor
KENNETH H. LLOYD

Chief Julio Medeiros
14 Harmar Dr
Cheswick, PA  15024

Dear Chief Medeiros,

I am writing to place you on notice that Council, on August 18, 2015, voted to place you on Administrative leave, with pay.  The reason Council took this action was due allegations of possible misappropriation of time or work hours.

Please understand that these are mere allegations at this time and there has been no finding of any wrongdoing; however, Council believes that an independent forensic investigation is necessary in an effort to either clear your name or confirm the allegations.  In order to do so, it is appropriate that you be placed on leave with pay.  The Borough is requesting your cooperation with this investigation as well.  During this time, you are not to come into the police station or access police files or other borough property from any remote location.

This leave with pay will continue until such time as you are directed to return to work or formal charges and a notice of hearing are filed or some other action is taken by Borough Council.

Council has also indicated that if you choose to tender your resignation, it would be willing to accept same unconditionally and would cease the pending investigation.

In the interim, while this investigation continues, you will be required to return all borough property in your possession, including but not limited to keys, telephone, radios, issued weapons, etc.  Please deliver same to the Borough Office by close of business on Friday. Should you desire access to the premises to pick up any personal belongings you may have at the police station, please feel free to contact me and we will make appropriate arrangements to comply with this request.

Sincerely

Frank G. Forbes
Personnel Chair
Springdale Borough

Cc:     Jason Fry
        Mayor Lloyd
        Kim McAfoose
        Craig Alexander

EXHIBIT
7