13 of 3,246

COMPOSE

## Police and borough code    Inbox  x

**Ken Lloyd** ·                                                                                    7/28/14
to gpolsinelli2, me, Frank, Springdale, Mike, Jim

Mr Polsinelli I would remind you again AN again as public safety chair. You have no authority to ask the cheif of police to notify you on his schedule or hours he works. Your comments to the Cheif and other officers on any matter is harassment unprofessional and you are creating a hostile work environment. Since the police dept IS THE MAYORS RESPONSIBILITY AND I AM THE MAYOR I AM IN CHARGE OF THE CHEIF AND OUR POLCE DEPT YOU HAVE NO REASON TO MAKE SUCH REQUEST TO THE CHEIF OR HIS OFFICERS  all requests of any issue must come through the the mayor.  Mayor Ken Lloyd

EXHIBIT
8