SUBSCRIBE (HTTPS://WWW.DISCOUNTEDNEWSPAPERS.COM/TRIB-TOTAL-MEDIA/ECOMMERCE/)

PLACE AD (HTTP://WWW.TRIBADDESK.COM/)

BUY TRIB PHOTOS (HTTP://PHOTOS.TRIBLIVE.COM/)

SPORTSTALK (HTTP://SPORTSTALK.TRIBLIVE.COM/)

CONTESTS (HTTP://CONTESTS.TRIBLIVE.COM/)

JOBS (HTTP://JOBS.TRIBLIVE.COM/)

HOMES (HTTP://REALESTATE.TRIBLIVE.COM/)

AUTOS (HTTP://PITTSBURGHAUTOSUPERSTORE.COM/)

CLASSIFIEDS (HTTPS://PITTSBURGHPENNYSAVER.COM/)

TRIB TOTAL MEDIA (HTTP://WWW.TRIBTOTALMEDIA.COM/)

CONTACT US (HTTP://TRIBLIVE.COM/HOME/CONTACTUS/)

**TRIB LIVE** (/HOME/)

  

Google +

Reddit

Blogger

INVESTIGATIVE REPORTS
Human traffickers and their impact on the border.
READ MORE

Not all heroes wear capes.
Be a hero. Donate today.

DONATE NOW ›

American Red Cross

SEARCH 🔍

NEWS (HTTP://TRIBLIVE.COM/NEWS/) > LOCAL NEWS

🖨 Print (?printerfriendly=true)

# Springdale's top cop kept out of his office





Eric Felack | Trib Total Media

Allegheny County Sheriff's deputies leave the Springdale Borough Building after responding to a situation in which suspended police Chief Julio Medeiros III wanted to retrieve personal items from the police department on Tuesday, Aug. 25, 2015. Medeiros was denied access to his office.



 BY BRIAN C. RITTMEYER (MAILTO:BRITTMEYER@TRIBWEB.COM?SUBJECT=RE: SPRINGDALE'S TOP COP KEPT OUT OF HIS OFFICE STORY ON TRIBLIVE.COM) | Wednesday, Aug. 26, 2015, 12:01 a.m.

Springdale's locked-out police chief tried to retrieve personal possessions from his office Tuesday morning, but left with nothing in a dispute at the borough building.

**Medeiros files workers comp claim**

Springdale police Chief Julio Medeiros III has suffered "physical and emotional injuries" as a result of his



CONTACT ME ▶

TRENDING

(http://triblive.com/news/allegheny/11078070-74/bridge-fire-376)

**Fire** (http://triblive.com/news/allegheny/1107807(
**shuts** 74/bridge-fire-376)
**down**
**Liberty**
**Bridge**

**Connellsville woman, boyfriend charged with beating, starving her mother**

(http://triblive.com/news/adminpage/11077836-74/nelson-county-connellsville)
(http://triblive.com/news/adminpage/11078366-74/kundrat-girl-charges)

**Man** (http://triblive.com/news/adminpage/11078
**arrested** 74/kundrat-girl-charges)
**in child**
**porn**
**case**
**was out**
**on bond**
**on**
**similar**
**charges**

EXHIBIT

9

MOST RECENT VIDEOS (/HOME/VIDEO/)

Allegheny County Sheriff's deputies were present to supervise the access by police Chief Julio Medeiros III, who council placed on paid administrative leave last week.

"This is all overkill to me," Mayor Ken Lloyd said outside the building.

Several deputies were there, but Medeiros had left by the time a reporter arrived. Jim Burn, an attorney representing Medeiros in a workers compensation claim against the borough, said he advised his client not to speak to reporters.

Council changed the locks on Medeiros' office when they placed him on leave at its Aug. 18 meeting. Council voted to hire a forensic accountant.

Council President Jason Fry said a majority of council wanted an outside agency such as the county sheriff's department to escort Medeiros when he retrieved his personal belongings from his office.

"They believe there's some sort of evidence in there that could incriminate the chief," Fry said. "They wanted somebody there whenever he went to collect his personal items to make sure he didn't take anything out that shouldn't go out."

Fry said Borough Manager Kim McAfoose was tasked with making the arrangements. She would not speak with a reporter at the borough building and did not respond to a request for comment.

Fry said the disagreement occurred when Medeiros wanted to access personal files on his computer, but the sheriff's deputies would not permit it.

A sheriff's department sergeant referred questions to Sheriff William Mullen. Mullen did not return a call for comment.

Lloyd said Medeiros never got into his office.

Fry said the deputies photographed and boxed Medeiros' personal effects. A constable was expected to take them to the chief's home Wednesday.

Lloyd said he is concerned that written records Medeiros kept of his dealings and interactions with borough officials and others may not be included in what's returned to him. The chief has a right to those records, the mayor said.

Borough Solicitor Craig Alexander continued to decline to explain why Medeiros was placed on leave or what matters a forensic accountant would be investigating.

"It's our policy not to comment on personnel issues," Alexander said. "I'm not going to break that policy."

Lloyd said at issue is the amount of paid time off Medeiros has taken. Medeiros had been on a monthlong medical leave that began July 17.

Lloyd said the chief was cleared by his own doctors to return to work last week, but that borough officials would not allow him to do so and wanted him to be examined by a physician representing the borough.

Lloyd said he has given Medeiros, a salaried employee, compensation time when he has worked "well over" 80 hours in a two-week pay period. "He's due that comp time," the mayor said.

Lloyd said he "could've done a better job" notifying council of the paid time off he has given to the chief, but said it was "minimal."

"Everything the chief has done has been under my direction," Lloyd said. "He's done nothing illegal."

*Brian C. Rittmeyer is a staff writer for Trib Total Media. He can be reached at 724-226-4701 or brittmeyer@tribweb.com (mailto:brittmeyer@tribweb.com).*

work environment, an attorney representing him in a workers compensation claim said Tuesday.

Jim Burn said he expects a hearing on his client's claim with the state Bureau of Workers' Compensation to be held in September.

Springdale Solicitor Craig Alexander said he had not yet seen the claim and was not yet familiar with it.

Burn said he advised Medeiros not to speak directly with a reporter. Borough council placed Medeiros on paid administrative leave on Aug. 18.

Burn said Medeiros is seeking workers compensation benefits and payment of work-related medical bills. The total cost of Medeiros' medical treatment is being compiled, he said.

Medeiros' work environment has "just become untenable as we see it," Burn said.

But Burn said Medeiros is not seeking to leave his job, and that resignation is "not on the table."

"We will try the case in front of a workers compensation judge and the facts will speak for themselves," Burn said.

**Email Newsletters**

Sign up (http://signup.triblive.com/) for one of our email newsletters.



MORE VIDEOS (HTTPS://WWW.YOUTUBE.COM/PLAYLIST?LIST=PLK59AHR3IZ74DPWMEMRCLZD8IIFUA-A9E)

## 4-QUESTION TRIB POLL

Does a 1-star review of a U.S. National Park make any sense?

○ No...it's a natural wonder. Some are too hard to please...

○ Yes, some parks are better than others

○ I have no strong take

NEXT

## MORE VALLEY NEWS DISPATCH

Lower Burrell boy dies from wreck injuries (http://triblive.com/news/valleynewsdispatch/11070288-74/burrell-lower-road)

Google +   Reddit   Blogger