**WIENAND & BAGIN**
ATTORNEYS-AT-LAW
JERRY W. WIENAND
CHRISTIAN BAGIN

BRUCE BAGIN (1940-2006)

FIRST & MARKET BUILDING
100 FIRST AVENUE • SUITE 1010
PITTSBURGH, PA 15222-1514
(412) 281-1110
FAX (412) 281-8481

jerry@wienandandbagin.com
christian@wienandandbagin.com

August 28, 2015

Craig Alexander, Esquire
Solicitor, Borough of Springdale
Bruce E. Dice & Associates, PC
787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239

Re:   Chief Julio F. Medeiros v. Borough of Springdale
      Notice of Appearance and Litigation Hold Notice

Dear Mr. Alexander:

This firm represents Chief Julio Medeiros in his legal claims for discriminatory harassment and reprisal which have created a hostile work environment, in violation of Title VII, the Americans with Disabilities Act, Rehabilitation Act, the Pennsylvania Human Relations Act, and related civil rights statutes; kindly direct all future communications concerning this matter only to my attention.

> **Litigation concerning Chief Medeiros' discrimination complaints is reasonably foreseeable at this time, and the Borough's legal duty to preserve evidence related to any potential claims or defenses of either party has attached. This means that you have an affirmative duty to identify, keep, and safeguard unchanged any and all communications, documents, or other evidence related to his employment, performance, conduct, accommodation requests, response to his accommodation requests, your deliberations and decision to conduct an investigation of my client's leave allowances, your deliberations and decision to suspend my client, and the reason for his suspension.**
>
> **This legal mandate to preserve includes both hard copy and electronically-stored information such as email, text and voice mail messages, and electronically stored documents, data, and information. Any automatic destruction protocols must be suspended. The failure to protect, and not to alter, all such evidence may be deemed spoliation of evidence and subject you to severe litigation sanctions, including financial sanctions and the dismissal of defenses you might otherwise be permitted to assert.**

I reiterate my client's previous requests for the immediate return of the balance of his personal property which was in his office when he was locked out. The items the Borough

**EXHIBIT**

_10_

Chief Julio F. Medeiros v. Borough of Springdale
August 28, 2015
Page 2

had delivered to him on August 26 did not include a large number of his personal belongings, including his personal notes and other records of his work and his time off, which must be returned to him in order to permit him to respond to Mr. Forbes' letter dated August 14, 2015. These are not Borough property.

In this regard, I understand that the Borough has created an inventory of the remaining contents of Chief Medeiros' office. This is a request for a reasonable accommodation under the Americans with Disabilities Act in order to permit my client to respond to the Borough's directive. I request that you forward me this inventory, identify the individuals who created the inventory, and contact me at once to arrange for me to accompany my client to his office to meet with you to retrieve the balance of his personalty. In addition, I repeat my client's request of Ms. McAfoose, that the Borough provide him copies of all of his Department cell phone records for the same purpose.

Next, I request a copy of any and all Borough disability policies (other than Workers Compensation) which apply to Chief Medeiros, as referenced at paragraph "O" of the contract, "until such time as disability...comes into effect."

Finally, should you contend that there is some legal basis for the Borough to effectively impound my client's personalty, including his original documents, I ask that you notify me of the precise legal authority the Borough asserts for this act, and contact me to arrange for the return of copies of my client's original personal documents.

The Council's admission of intent to use an "independent" forensic investigation of Borough records to manufacture a claim which could justify his removal "for cause," in order to avoid its contractual financial obligations to him is strong evidence of pretext in support of his legal claims. I submit that the Borough's efforts and financial resources would be better directed towards supporting Chief Medeiros and his efforts to reform the Department.

Please contact me at your earliest convenience to make the necessary arrangements for the return of the rest of my client's property.

Very truly yours,

Christian Bagin

cc:    James Burns, Esq.
       Dean Falavolito, Esq.