BEFORE THE U.S. EQUAL OPPORTUNITY COMMISSION
PHILADELPHIA DISTRICT
PITTSBURGH AREA OFFICE

JULIO MEDEIROS III,

        Charging Party/Complainant          EEOC Charge No. _533-2016-00105_

        v.

                                           PHRC Docket No. _____

BOROUGH OF SPRINGDALE,
PENNSYLVANIA,

        Title VII/ADA/PHRA Respondent

        and

MIKE ZIENCIK, FRANK FORBES,
JOHN MOLNAR, JASON OVERLY,
GENE POLSINELLI, and JIM ZURISKO,

        PHRA Respondents

2015 OCT 20 AM 10: 36
RECEIVED
EEOC PITTSBURGH AREA OFFICE

CHARGE AND COMPLAINT OF DISCRIMINATION

1. Charging Party, Julio Medeiros III ("Chief Medeiros") of Cheswick, PA, may be contacted in care of his counsel, Christian Bagin and Wienand & Bagin, 100 First Avenue, Suite 1010, Pittsburgh, PA 15222. PH: 412-281-1110 christian@wienandandbagin.com.

2. Respondent Borough of Springdale of 325 School Street, Springdale, PA 15144, PH: 724-274-6800, springdaleboro@hotmail.com, ("Springdale") is an employer of over 15 people including Charging Party. Respondents Mike Ziencik, Frank Forbes, John Molnar, Jason Overly, Gene Polsinelli, and Jim Zurisko, all of whom may be served at 325 School Street, Springdale, PA 15144, are individuals responsible for aiding and abetting the corporate Respondent and for retaliating against Complainant in violation of the Pennsylvania Human Relations Act.

3. Following a nationwide search, Charging Party was hired as Springdale Chief of Police in 2013. Chief Medeiros observed his wife, who is Native American, being asked by a council member whether she had done a rain dance, at her first introduction to Springdale Council. In December, 2013, Charging Party was told by another Springdale council member that his job was to "keep the niggers on the other side of the river and crack their heads if needed." Chief Medeiros vigorously opposed this directive and stated he would conduct himself in a professional and ethical manner, and emphatically refused to engage in any such discriminatory conduct in the performance of his duties. Within months, Springdale unsuccessfully attempted to remove Chief Medeiros on false charges of conduct unbecoming an officer. Thereafter, Chief Medeiros was

EXHIBIT

11

subjected to a continuous course of conduct by Springdale and the individual Respondents that combined and created a hostile work environment.

In April, 2015, Springdale leaked to the media, a memo from Chief Medeiros to the Springdale Solicitor Craig Alexander, council President Jason Fry, and Mayor Kenneth Lloyd, in which he complained of the campaign of harassment and threats against him by Springdale and the individual respondents, including, "inappropriate, unethical and even unlawful actions," "biases" and the "hostile work environment." On July 17, 2015, Chief Medeiros was forced to take extended sick leave, and filed a worker's compensation claim. On August 13, 2015, Frank Forbes wrote two letters to Chief Medeiros on behalf of Springdale. In one, Forbes stated that because Chief Medeiros had filed a workers compensation claim and due to the "extended nature of the leave," he was ordered to remain off work until he submitted a doctor's note releasing him to return to work "without restriction." (Emphasis added) Chief Medeiros's doctor supplied this note the same day. Springdale further ordered him to undergo a "medical and psychological examination" by a Springdale panel doctor. Chief Medeiros was examined by Springdale's doctor on August 18, and released to return to work on August 19, 2015.

In Forbes's other letter, he requested that Chief Medeiros "document in writing" all hours of his accumulated leave time taken and owed, by August 17, 2015. Chief Medeiros responded by letter dated August 15, 2015, stating that he believed his July 29 pay stub accurately reflected his leave balances as of that date, and requesting access to his office to review his records, and that Springdale provide him his cell phone records, in order to provide a complete response.

On the evening of August 18, 2015, Springdale and the individual Respondents voted to suspend Chief Medeiros with pay, supposedly "due to allegations of possible misappropriation of time or work hours." Springdale Mayor Lloyd publicly reported the individual defendants stated their intent to fire Chief Medeiros at that meeting, but they decided since they had no "good cause" under his contract, they would need to find something to justify his termination, and voted to hire a forensic investigator to review the police department records. Chief Medeiros was directed to come to his office on August 25, 2015, but when he arrived, he was met by a number of Allegheny County Sheriff's deputies and television news crews, and was denied access to his personal property reflecting his attendance. Chief Medeiros has never been contacted by any investigator in the ensuing two months. These actions constitute unlawful discrimination and retaliation in violation of Title VII, the ADA, and the PHRA.

This Charge is to be cross-filed with the Pennsylvania Human Relations Commission and investigated by the U.S. Equal Employment Opportunity Commission.

I swear, subject to penalty for perjury at law, that the foregoing is true.

Date: 10/19/2015

Julio F. Medeiros, III

EEOC PITTSBURGH AREA OFFICE
RECEIVED
2015 OCT 20 AM 10: 36