# SPRINGDALE BOROUGH COUNCIL

## BUDGET MEETING AND ANY OTHER GENERAL BUSINESS
## MINUTES OF OCTOBER 29, 2015

The Springdale Borough Council met Thursday, October 29, 2015 at 5:00 p.m. at the Springdale Borough Municipal Building, 325 School Street, Springdale, PA 15144.

Members present: Mr. Fry, President; Mr. Forbes; Mr. Polsinelli; Mr. Overly; Mr. Zurisko; Mr. Molnar; Mr. Ziencik; Mayor Kenneth Lloyd; Solicitor Craig Alexander and Ms. Kimberly A. McAfoose, Borough Manager.

| Topic | Comments / Discussions | Action |
|---|---|---|
| | **MOTION:** Mr. Ziencik made a motion to Ratify Contract with MBS, formerly MEIT, Municipal Employees Insurance Trust. Employees Health Care Policy Authorizing the President of Council to sign the agreement. Motion was seconded by Mr. Molnar and passed unanimously. | M |
| | **MOTION:** Mr. Polsinelli made a motion to Accept WX-14 EMWIN System, Weather System from Zephyrus Electronics, LTD. No charge for the system. Emergency Management will cover the cost of installation and connectors. Mr. Ziencik seconded the motion and passed unanimously. | M |
| | **MOTION:** Mr. Polsinelli made a motion to approve the request of Dan Copeland for the use of the General Meeting Room on Sunday, November 8, 2015 for a Volley Ball Banquet. Mr. Copeland is aware of the limited electric available to the general meeting room. Mr. Overly seconded the motion and carried unanimously. | M |
| **Executive Session** | At 5:03 p.m. went into Executive Session. Returned from Executive Session at 5:18 p.m. | |
| | In depth discussion took place on the Loudermill Hearing that took place on October 29, 2015 at 3:00 p.m. for Julio Medeiros.<br><br>**MOTION:** Mr. Molnar made a motion to terminate the employment of Julio Medeiros for misconduct unbecoming an officer effective October 29, 2015. Motion was seconded by Mr. Forbes.<br>Roll call vote: Mr. Forbes Yes; Mr. Fry – No; Mr. Ziencik – No; Mr. Polsinelli – Yes; Mr. Zurisko – No; Mr. Molnar – Yes; Mr. Overly – No. Motion fails. | |

1

EXHIBIT
13

|  |  |  |
|---|---|---|
|  | **MOTION:** Mr. Molnar made a motion to subpoena all the documents from Julio Medeiros by Craig Alexander. Motion was seconded by Mr. Zurisko and passed unanimously.<br><br>**MOTION:** Mr. Overly made a motion to have Julio Medieros be off of administrative leave with pay and not be paid until he passes a drug and alcohol test, physical examination, and psychological testing. Motion was seconded by Mr. Fry.<br><br>Roll call vote:  Mr. Forbes – No; Mr. Fry – Yes; Mr. Ziencik – Yes; Mr. Polsinelli – No; Mr. Zurisko – Yes; Mr. Molnar – No; Mr. Overly – Yes.  Motion carries. |  |
| **Adjournment** | **MOTION:** Mr. Molnar made a motion to adjourn the meeting The motion was seconded by Mr. Polsinelli and carried unanimously. | **M** |

Jason Fry
President of Council

Kimberly A. McAfoose
Borough Manager

bja

2

**WIENAND & BAGIN**
ATTORNEYS-AT-LAW
FIRST & MARKET BUILDING
100 FIRST AVENUE • SUITE 1010
PITTSBURGH, PA 15222-1514
(412) 281-1110
FAX (412) 281-8481

JERRY W. WIENAND
CHRISTIAN BAGIN

BRUCE BAGIN (1940-2006)

jerry@wienandandbagin.com
christian@wienandandbagin.com

October 30, 2015

VIA EMAIL ONLY TO:
Calexander@dicelaw.com

Craig H. Alexander, Esquire
Bruce E. Dice & Associates
787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239-2842

Re:   Chief Julio Medeiros--Employment Status

Dear Mr. Alexander:

Thank you for your email yesterday afternoon confirming that you would not participate in the Loudermill hearing. Following the vote against terminating my client last night, which was most welcome, it is my understanding that council also inexplicably approved a motion to change my client's status to an unpaid suspension. Be advised there is no basis for any disciplinary or adverse action of any kind against my client, and if the Borough refuses to simply permit him to return to work, it is incumbent upon council to continue to pay him, until such time as he is reinstated to active duty. As you know, legally, suspension without pay is a well-established tangible adverse employment action, regardless of whether it is designated a punitive measure or not. It is not in your client's interest to take such an overtly unsustainable hostile action against my client.

Next, it was publicly reported that council intends to issue a subpoena for some information from my client. As you know, my client at all times has been ready and willing to provide any information within his possession on a voluntary basis, and has twice asked that the Borough permit him to do so by providing him access to his personal property in his office. Regardless of whether your client chooses to continue his administrative leave with or without pay, I repeat this request that Chief Medeiros be provided access to his professional office, including access to his personal and official records, in order to address even more thoroughly than he already has, any sincere, good faith request for information. I look forward to your response, and I will appreciate it if you would extend me the courtesy of seeing that I am copied on whatever written directive the Borough should decide to issue to my client with regard to his employment status.

Once again, I would be happy to discuss any aspect of this matter with you at your convenience.

Very truly yours,

Christian Bagin

CB/bls
cc:   James Burn, Esquire

**WIENAND & BAGIN**
ATTORNEYS-AT-LAW
FIRST & MARKET BUILDING
100 FIRST AVENUE • SUITE 1010
PITTSBURGH, PA 15222-1514
(412) 281-1110
FAX (412) 281-8481

JERRY W. WIENAND
CHRISTIAN BAGIN

BRUCE BAGIN (1940-2006)

jerry@wienandandbagin.com
christian@wienandandbagin.com

November 2, 2015

VIA EMAIL ONLY TO:
Calexander@dicelaw.com

Craig H. Alexander, Esquire
Bruce E. Dice & Associates
787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239-2842

Re:   Chief Julio Medeiros--Employment Status

Dear Mr. Alexander:

As I have not received any reply to my October 30, 2105 letter, I write again concerning the employment status of Chief Julio Medeiros.

I understand that you contacted the Mayor and through him, directed Chief Medeiros to make appointments to see his own medical providers to be released to return to work. My client also received an "Authorization for Examination or Treatment" form by mail for a drug screen, without any cover letter or other instructions. Chief Medeiros has received his mail today, and has confirmed that he still has not received any written notice from the Borough of his current pay status, nor any explanation for the statement to the media last week that he was to be placed on an unpaid suspension. Notwithstanding your clients' failure to communicate with my client, he has continued to act in good faith by appearing for the drug screen first thing this morning, and by contacting his doctors for their first available appointments.

Kindly advise the Borough to issue a written notice of my client's current pay status and send me a copy, or contact me directly to advise of my client's pay status without further delay.

Very truly yours,

Christian Bagin

CB/bls
cc:   James Burn, Esquire