## Christian Bagin

**From:**     Christian Bagin
**Sent:**     November 06, 2015 5:29 PM
**To:**       'Craig Alexander'
**Cc:**       James R. Burn (jrb@abesbaumann.com); 'James Mazzotta'
**Subject:**  RE: Chief Medeiros

Craig,

I will respond further to your letter next week, but you should immediately cancel these appointments which you have made so that the Borough is not charged for them.

As I informed you during our telephone discussion, though my client was previously released by his doctors and the Borough's doctors in August, the intervening period of false and malicious accusations in public and the threat to his livelihood and his reputation caused by your client's baseless fishing expedition has made it so that he must be seen by his treating doctors before there is any possibility that he can return to work. As I already informed you, my client was seen by his physician this week and he opined that my client should not return to work until he is seen by his psychiatrist on December 3rd and released by her. There is no basis in law for the Borough to seek to obtain a second Defense Medical Examination of my client, if at all, until and unless he is released to return to work by his treating doctors.

Next, I want to reiterate what I have repeatedly advised you: <u>my client will fully and voluntarily cooperate with any reasonable request</u>. It is unfathomable why you would proceed to issue a subpoena to my client when I have repeatedly advised you of this. There is no council meeting scheduled for the 10th, so the subpoena is invalid. A five-day response time, particularly when delivered on a Friday is also patently unreasonable and an abuse of process. Your client is in possession of my client's work phone which contains volumes of evidence about the days and number of hours my client worked. Furthermore, significant additional documentation of his work is contained in your client's computer system. These are not within or subject to my client's possession or control. It is unclear why your client also continues to persist in ignoring the fact that the primary evidence of my client's entitlement to the time off which he has taken is that the Mayor has repeatedly stated that he authorized all of the Chief's time off, which authorizations (and directives to take time off) were primarily oral.

**For all of these reasons, I object to your subpoena, and I repeat my invitation that you call me to discuss a reasonable voluntary production of whatever documents my client may have in his possession, along with the identification of evidence which is (or was) in his office.**

Finally, as your client knows, my client is currently on a long-planned trip out of state which he has taken at this time of year <u>every year</u> for about twenty years, and so is unavailable to attend the exams. It so happens that his physician advised him that he should keep this scheduled trip out of town, in hopes that the Chief will be better able to be released to return to work upon his return. Finally, the Mayor specifically authorized the Chief to go on this trip. I will get you a note from his doctor as soon as possible, but I cannot guarantee I can get it before Tuesday. Once again, you should cancel the appointments you have made at once in order to avoid the Borough incurring additional unnecessary expenses.

1

EXHIBIT
_14_

Kindly see that the council members are promptly provided a copy of this initial response.

I look forward to hearing from you next week.

Very truly yours,

Christian Bagin, Attorney at Law

Wienand & Bagin
First & Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
PH: 412-281-1110
FAX: 412-281-8481

CONFIDENTIALITY NOTICE: This communication is from an attorney and may contain privileged and/or confidential information that is intended only for the review and use of the intended recipient. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, please take notice that any use, copying or dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by telephone at the number above at once and delete this communication from any and all computers where a copy may be found.

---

**From:** Craig Alexander [mailto:CAlexander@dicelaw.com]
**Sent:** November 06, 2015 3:39 PM
**To:** Christian Bagin; James R. Burn
**Cc:** Kim McAfoose; 'jfry@nkasd.com'; Frank Forbes
**Subject:** Chief Medeiros

Christian-

Please see attached letter for the Chief. A couple of points....he needs to get Jason Fry documentation that he is unable to make the appointment as is claimed. His physical is scheduled for November 11.

I have discussed your concerns with regarding the terms of the suspension without pay to the President of Council and he authorized an informal polling of the Board. Please let Julio know that at the time the polling took place, there was some consensus to continue the paid suspension or to remove the suspension in its entirety, with Julio returning when permitted. However, as you and I discussed, a formal vote on this is required at a public meeting. I'm certain Julio's cooperativeness will be considered when the vote occurs.

You should also be aware that the Mayor has sent me numerous text messages requesting that I get these appointments scheduled as soon as possible, because the Chief cannot get in to see his Dr. until December. I have done as requested and now it seems as there is resistance.

One more thing to note....I received the following email from a reporter from the Valley News Dispatch:

**From:** Brian Rittmeyer [mailto:brittmeyer@tribweb.com]
**Sent:** Friday, November 06, 2015 2:42 PM
**To:** Craig Alexander <CAlexander@dicelaw.com>
**Subject:** Medeiros change in leave

Craig – I just heard from Mayor Lloyd that Medeiros' leave is now paid, and not unpaid as had been the action taken by council at its last meeting.

Can you explain what was changed, how this came about, and when regarding his leave being unpaid or paid?

Did he record any days of unpaid leave, or is he being paid for all of them?

Thanks,

Brian C. Rittmeyer
Reporter
Valley News Dispatch/Trib Total Media
Tarentum, Pa.
724-226-4701
724-226-4677 (fax)
brittmeyer@tribweb.com
www.triblive.com

Thanks and have a great weekend.

Craig

Craig H. Alexander,Esquire
Bruce E. Dice & Associates P.C.
787 Pine Valley Drive, Suite E
Pittsburgh, PA  15239
Office:  724-733-3080
Mobile: 412-310-1599.

3