**From:** Craig Alexander [mailto:CAlexander@dicelaw.com]
**Sent:** November 09, 2015 11:20 AM
**To:** Christian Bagin
**Cc:** James R. Burn (jrb@abesbaumann.com); James Mazzotta <jam@friedkanelaw.com> (jam@friedkanelaw.com); 'Kenlloyd77@gmail.com'; 'jfry@nkasd.com'; Kim McAfoose
**Subject:** RE: Confirmation of Cancelation of Medeiros Medical Examinations

As of now they are cancelled. Had the Borough been made aware that the Chief would be away, they wouldn't have been scheduled for a period of time that would require him to fly back into town for them. You can posture any way you want but if you are requesting that I rescind the cancellations of the appointments which you previously demanded I cancel both late Friday and again this morning, then you need to tell me that in no unqualified terms. If you do, I will attempt to rescind the cancellations. Otherwise, they will be rescheduled upon the Chief's return, whenever that might be. The Borough has not placed a December return on the Chief....that has come from you....per the Mayor and presumably from the Chief...he desires to come back as quickly as possible.

Craig H. Alexander, Esquire
Bruce E. Dice & Associates P.C.
787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239
Office: 724-733-3080
Mobile: 412-310-1599.

---

**From:** Christian Bagin [mailto:Christian@wienandandbagin.com]
**Sent:** Monday, November 09, 2015 11:13 AM
**To:** Craig Alexander <CAlexander@dicelaw.com>
**Cc:** James R. Burn (jrb@abesbaumann.com) <jrb@abesbaumann.com>; James Mazzotta <jam@friedkanelaw.com> (jam@friedkanelaw.com) <jam@friedkanelaw.com>
**Subject:** RE: Confirmation of Cancelation of Medeiros Medical Examinations

Craig,

My client, Chief Medeiros, has been off duty since mid-August at your client's directive, with no indication when he would be permitted to return to duty. Since the last council meeting, he has been off duty and unpaid, at your client's directive, with no possibility of returning to work until December. The Mayor is not my client, and I have had no communications with him.

I do not understand why you are seeking to impose medical exams which will not result in my client's return to work, but my client is willing to comply, even though he is on unpaid suspension and out of town, if your client insists on going forward with these exams for some reason.

Please call me to discuss.

Christian Bagin, Attorney at Law

Wienand & Bagin
First & Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
PH: 412-281-1110
FAX: 412-281-8481



**EXHIBIT**

15

4