# Christian Bagin

| | |
|---|---|
| **From:** | jfmedeiros939@gmail.com |
| **Sent:** | November 01, 2015 7:29 PM |
| **To:** | Ken Lloyd |
| **Cc:** | James R. Burn; Christian Bagin |
| **Subject:** | Status |

Dear Mayor Lloyd. Please be advised that I have my next schedule appointment with counselor on November 23, 2015. I spoke with Dr Gaul who stated that he could possibly see me in Tuesday for a physical and blood work but is inclined to meet with Dr Nigtengal and LCW Bryant before releasing me back. He is inclined for December 1, 2015. I will be calling to see when I can get an appointment with dr Nightnegale tomorrow. As far as the borough sending me to their doctors, that is fine   I will have drug test first thing in morning but am scheduled to go see family in South Dakota on Thursday.  I am willing to wait till Friday to leave and see doctors in the meantime here. Please know that I have ten days on the books and if I am not being paid, they can't hold me back.  Bottom line is I want to go back physically and emotionally well.  With that said, Could you please write and email back reflecting your approval of me taking time to see family in South Dakota on my scheduled trip which has been a yearly thing for more than 20 years.  Thanks mayor

respectfully, Julio

Cc Attorneys Bagin and Burns

Sent from my iPhone



**EXHIBIT**
16

**From:** Ken Lloyd <**kenlloyd77@gmail.com**>
**Date:** November 5, 2015 at 6:48:29 PM EST
**To:** Julio Medeiros <**jfmedeiros939@gmail.com**>, Jason Fry <**jfry@nkasd.com**>
**Subject: Response to attorneys email**

As per emails between your lawyers and our solicitor, you are authorized by me to go to see your family in the Midwest that you have scheduled for over a year. I would ask that you please see your doctors as scheduled. And Jason please read the email between attorney Bag in and solicitor Alexander.