**WIENAND & BAGIN**
ATTORNEYS-AT-LAW

JERRY W. WIENAND
CHRISTIAN BAGIN

BRUCE BAGIN (1940-2006)

FIRST & MARKET BUILDING
100 FIRST AVENUE • SUITE 1010
PITTSBURGH, PA 15222-1514
(412) 281-1110
FAX (412) 281-8481

jerry@wienandandbagin.com
christian@wienandandbagin.com

November 18, 2015

VIA EMAIL ONLY TO:
Calexander@dicelaw.com

Craig H. Alexander, Esquire
Bruce E. Dice & Associates
787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239-2842

Re:    Chief Julio Medeiros–Medical Report

Dear Mr. Alexander:

As you know, Chief Medeiros immediately scheduled his drug screen, physical examination, and psychological examination upon hearing that Springdale Borough council had voted to place him on unpaid suspension until he completed these exams and was cleared to return to work, despite the absence of any communication to him by the council of any such directive. He was at the testing facility for his drug screen first thing in the morning on Monday, November 2, 2015, and he was able to schedule a physical examination by Dr. Gaul on November 3, 2015, before Dr. Gaul left the country for two weeks. Finally, he made the first available appointment with his psychiatrist, which is set for December 3, 2015. As I previously informed you, Dr. Gaul advised that my client cannot return to work until he is released by Dr. Nightingale, and recommended that Chief Medeiros continue therapeutic rest until that time. I advised you that I would supply Dr. Gaul's note confirming these facts as soon as possible upon Dr. Gaul's return. Dr. Gaul's note confirming these facts is attached.

Your client knows, or should know, that my client's conduct in this regard cannot possibly be construed as an act of insubordination, and it must act immediately to rescind my client's termination. See, e.g., Bultemeyer v. Fort Wayne Community Schools, 100 F.3d 1281, 1286 (C.A.7 (Ind.),1996) (emphasis added)("Even though the letter came after FWCS decided to fire him, FWCS could have used the opportunity it presented to reconsider the decision to terminate his employment and include Bultemeyer and Dr. Fawver in the discussions. That would have been a proper way to engage in the interactive process. Instead, FWCS "fail [ed] to communicate, by way of initiation or response," Beck, 75 F.3d at 1135, and the interactive process broke down. It appears FWCS tried to take hasty advantage of what it saw as an opportunity to rid itself of a problem, a disabled employee.")

Very truly yours,

Christian Bagin

**EXHIBIT**
18

CB/bls
cc:    James Burn, Esquire

RECEIVED 11-18-'15 07:32 FROM- 4125684760 -10- Wittenand began P001/001

# UPMC LIFE CHANGING MEDICINE

**Partners In Health-UPMC**

Salem Place, Suite 200
6530 Route 22
Delmont, PA 15626
724-468-5500
Fax: 724-468-5120

Franklin Plaza Shopping
Center
4614 William Penn Highway
Murrysville, PA 15668
724-733-1414
Fax: 724-327-0090

Level Green Shoppes
833 State Route 130
Level Green, PA 15085
412-856-7332
Fax: 412-856-4760

North Huntington Office
8945 Route 30
North Huntington, PA 15642
724-863-1014
Fax: 724-864-1260

Alan R. Aspinall, MD
Charles T. Dugan, MD
Edward J. Garofolo, MD
Ken Gibson, MD
Clare W. Budd, DO
Lisa Bellino Ference, MD
Timothy P. Gaul, DO
Mary F. Bohner, MD
Robert L. Brodsky, MD
Jennifer L. Sepp, DO
James Y. Lim, MD
Morcos W. Habib, MD
Sameh M. Anton, MD
Kelly M. Porter, PA-C

November 17, 2015

RE: Julio F Medeiros III

To Whom It May Concern:

Julio F Medeiros III will be assessed for return to work by his psychiatrist at their next appointment.

He is to continue therapeutic rest off present work duties until that date.

He sees Dr. Nightingale on 12/3/15.

Sincerely,

Timothy Gaul, DO

Attention: Christian Bagin
412-848-8484 fax
291 - 8481