# BRUCE E. DICE & ASSOCIATES, PC.

ATTORNEYS AT LAW

787 PINE VALLEY DRIVE, SUITE E
PITTSBURGH, PENNSYLVANIA 15239-2842

TEL: 724-733-3080

FAX: 724-327-9659

November 20, 2015

Julio F. Medeiros, III
14 Harmar Drive
Cheswick, PA  15024

RE:    Council Discipline Determination

Dear Chief Medeiros:

As you are aware, on October 21, 2015, the Borough of Springdale filed and served upon you a detailed statement of charges setting froth various allegations of misconduct that Council contended if true warranted discipline up to and including termination for cause.  A copy of those charges are adopted, restated, incorporated herein by reference and appended hereto.

Following a Loudermill hearing on the charges, which was held on October 29, 2015 at 3:00 p.m., Council deliberated possible discipline at a previously scheduled meeting that same day, beginning at 5:00 p.m.  A motion to terminate for cause failed at the time 3-4.  Recently, at Council's regularly scheduled business meeting, Council revisited and reconsidered the matter.  A motion was again made to terminate for cause. Upon roll call vote, the motion passed unanimously, 6-0 with Council President Fry being absent due to illness.

Council has therefore found sufficient cause to terminate as required by the Pennsylvania Borough Code and in your employment agreement, as outlined in the statement of charges incorporated herein as conduct unbecoming an officer, neglect or violation of official duty and misconduct, as that term is also utilized in your employment agreement.  Council further found your rejection of a validly issued subpoena as an additional misconduct, disobedience, conduct unbecoming an officer and neglect of duty and cause to terminate under the circumstances.  Finally, Council considered your initial refusal to cooperate with the scheduling of Doctor appointments for tests that may have let to your return to duty as an act of disobedience as well.

Chief, I have been directed to request that you return any remaining property of Springdale Borough that you may have in your possession to the Borough Police Department by close of business on Friday, November 27, 2015, including but not limited to weapons badges, uniforms, MPOETC card, etc.



EXHIBIT
19

Admitted to New Jersey Bar

BRUCE E. DICE
bdice@dicelaw.com

ROBERT A. ZUNICH
rzunich@dicelaw.com

PAUL D. ZAVARELLA
pzavarella@dicelaw.com

CRAIG H. ALEXANDER
calexander@dicelaw.com

Should there be any questions, please have your attorney contact me at his convenience.

Very truly yours,
BRUCE E. DICE & ASSOCIATES, P.C.

Craig H. Alexander, Esquire

CHA/alo
Cc:    Kim McAfoose, Borough Manager
       Jason Fry, President of Council
       Frank Forbes, Personnel Chair
       Mayor Ken Lloyd