BEFORE THE U.S. EQUAL OPPORTUNITY COMMISSION
PHILADELPHIA DISTRICT
PITTSBURGH AREA OFFICE

JULIO MEDEIROS III,

   Charging Party/Complainant     EEOC Charge No. _533-2016-00262_

   v.

                PHRC Docket No._____

BOROUGH OF SPRINGDALE,
PENNSYLVANIA,

   Title VII/ADA/PHRA Respondent

   and

MIKE ZIENCIK, FRANK FORBES,
JOHN MOLNAR, JASON OVERLY,
GENE POLSINELLI, and JIM ZURISKO,

   PHRA Respondents

## CHARGE AND COMPLAINT OF DISCRIMINATION

1. Charging Party, Julio Medeiros III ("Chief Medeiros") of Cheswick, PA, may be contacted in care of his counsel, Christian Bagin and Wienand & Bagin, 100 First Avenue, Suite 1010, Pittsburgh, PA 15222. PH: 412-281-1110 christian@wienandandbagin.com.

2. Respondent Borough of Springdale of 325 School Street, Springdale, PA 15144, PH: 724-274-6800, springdaleboro@hotmail.com, ("Springdale") is an employer of over 15 people including Charging Party. Respondents Mike Ziencik, Frank Forbes, John Molnar, Jason Overly, Gene Polsinelli, and Jim Zurisko, all of whom may be served at 325 School Street, Springdale, PA 15144, are individuals responsible for aiding and abetting the corporate Respondent and for retaliating against Complainant in violation of the Pennsylvania Human Relations Act.

3. On October 19, 2015, Chief Medeiros filed EEOC Charge No. 533-2016-00105 against the Respondents, the contents of which are incorporated herein by reference. On October 29, 2015, Respondents changed Chief Medeiros's status from a paid suspension to an unpaid suspension, until he was examined and released to return to work by his physician and his psychiatrist, and passed a drug screen. Chief Medeiros acted immediately to comply with these conditions. He submitted to a drug screen on November 2, 2015, and was examined by his physician on November 3, 2015. Chief Medeiros's physician refused to release him to return to work until he was seen and released by his treating psychiatrist, which appointment was scheduled for December 3, 2015, and recommended that he go forward with his annual trip out of state the



EXHIBIT
20

following week. This information was promptly provided to the Respondents. Despite this knowledge, Respondents scheduled additional defense physical and psychiatric medical exams for the following week, but canceled them when Chief Medeiros objected. On November 17, 2015, Respondents terminated Chief Medeiros. These actions constitute unlawful discrimination and retaliation in violation of Title VII, the ADA, and the PHRA.

This Charge is to be cross-filed with the Pennsylvania Human Relations Commission and investigated by the U.S. Equal Employment Opportunity Commission.

I swear, subject to penalty for perjury at law, that the foregoing is true.

Date: 11/24/15

Julio F. Medeiros, III