## Christian Bagin

| | |
|---|---|
| **From:** | Christian Bagin |
| **Sent:** | Friday, December 4, 2015 3:22 PM |
| **To:** | 'Craig Alexander' |
| **Cc:** | James R. Burn (jrb@abesbaumann.com) |
| **Subject:** | RE: Medeiros Property Partial Inventory |

Craig,

As we discussed on Tuesday, Here is the list of Chief Medeiros's property which was in his office when he was suspended, and which has not been returned. You indicated that you would personally follow up on this matter, which is greatly appreciated. I would appreciate hearing from you as soon as possible concerning arrangements for the return of these items next week.

1.    Door name plaque ("Chief Julio Medeiros").
2.    Letters of Commendation/Appreciation from Springdale residents/businesses (missing from #15 as indicated on Tuesday)
3.    ASP Expandable Baton--compact rugged foam handle and black steel collapsible baton.
4.    File titled Chief Medeiros Springdale Training file, containing all of Chief Medeiros's training certifications and annual updates and firearms qualifications, etc. The file that was returned was gone through and only had a certificate from Penn State where the Chief attended a two day school on media relations. (missing from #15 as indicated)
5.    Training Materials/Policy manuals (missing from #15 as indicated)
6.    File labeled "Springdale Personnel File" which is not Chief Medeiros's Official Personnel file, but his personal file of work-related documents, including, but not limited to, his employment contract with Springdale Borough, and his copies of his annual performance evaluations by Mayor Lloyd and Mayor Miller. (missing from #15 as indicated)

On another matter, the Chief received his final payroll check dated December 3, 2015 this week. Under the Pennsylvania Wage Payment and Collection Law, the Borough was required to include a cash out of his vacation balance of 84 hours in this final paycheck. These funds were not included in his pay, and his paystub indicates the 84 hours are still due and owing. Please instruct the Borough to issue payment for these hours at once.

As always, please do not hesitate to contact me should you wish to discuss these issues, or any aspect of this matter.

Thank you,

Christian Bagin, Attorney at Law
Wienand & Bagin
First & Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
PH: 412-281-1110
FAX: 412-281-8481



CONFIDENTIALITY NOTICE: This communication is from an attorney and may contain privileged and/or confidential information that is intended only for the review and use of the intended recipient. If

1