## WIENAND & BAGIN
ATTORNEYS-AT-LAW
FIRST & MARKET BUILDING
100 FIRST AVENUE • SUITE 1010
PITTSBURGH, PA 15222-1514
(412) 281-1110
FAX (412) 281-8481

JERRY W. WIENAND
CHRISTIAN BAGIN

BRUCE BAGIN (1940-2006)

jerry@wienandandbagin.com
christian@wienandandbagin.com

January 12, 2016

VIA EMAIL ONLY TO:
Calexander@dicelaw.com

Craig H. Alexander, Esquire
Bruce E. Dice & Associates
787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239-2842

Re:   Springdale Borough Chief Julio Medeiros

Dear Mr. Alexander:

As you know, my client acted immediately to comply with Council's October 29, 2015 vote and directive that he undergo medical exams before he would be permitted to return to work. As per my November 2, 2015 letter, Chief Medeiros submitted to the Borough's drug screen that morning; he saw his physician on November 3, 2015, and made the first available appointment with his psychiatrist for December 3, 2015, as I informed you by telephone on November 4th and confirmed by email on November 5th.

On December 31, 2015, I advised the Borough that the Chief was hopeful of being medically released to return to work within the next two weeks. Chief Medeiros's release from his physician is attached. Should the Borough need any additional information or documentation of the Chief's current ability to be reinstated, please advise.

The courtesy of a reply to my correspondence of December 4 and 31st regarding refunding the Chief's earned unused vacation, and disbursement of his pension funds, will be appreciated.

As always, kindly see that this correspondence is shared with all members of Council.

Very truly yours,

Christian Bagin

cc:   Enclosure
      James Burn, Esquire (via email)
      James Mazzotta, Esquire (via email)

EXHIBIT
23