**WIENAND & BAGIN**
ATTORNEYS-AT-LAW
FIRST & MARKET BUILDING
100 FIRST AVENUE • SUITE 1010
PITTSBURGH, PA 15222-1514
(412) 281-1110
FAX (412) 281-8481

JERRY W. WIENAND
CHRISTIAN BAGIN

BRUCE BAGIN (1940-2006)

jerry@wienandandbagin.com
christian@wienandandbagin.com

April 22, 2016

VIA EMAIL ONLY TO:
Calexander@dicelaw.com

Craig H. Alexander, Esquire
Bruce E. Dice & Associates
787 Pine Valley Drive, Suite E
Pittsburgh, PA 15239-2842

Re:    Springdale Borough Chief Julio Medeiros
       Demand for Contract Payment and Overdue Vacation Pay and Penalties

Dear Mr. Alexander:

As I trust you and your client are aware, the Borough lost its appeal of my client's award of unemployment compensation benefits. The referee concluded in his well-reasoned decision, that Chief Medeiros did not engage in any willful misconduct and therefore was terminated, "without cause." The appeals period has passed and the decision is final.

Accordingly, this is a demand for payment of the $78,000.00 due to my client, pursuant to his contract with the Borough under "The Borough Agrees To" at Page 4, Paragraph "P," which provides, "Provide the Chief with a year of base severance pay in the event of termination or dismissal without cause." Kindly remit this amount at once, together with the $3,819.18 in earned, unused vacation pay which the Borough failed to disburse as part of the Chief's final pay, plus penalties, or $81,819.18 total, payable to "Julio Medeiros," in care of this office.

As always, kindly see that a copy of this correspondence is provided to each member of Council.

Very truly yours,

Christian Bagin

cc:    James Burn, Esquire (via email)
       James Mazzotta, Esquire (via email)

EXHIBIT
24