

U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL

7010 0290 0000 2017 3408

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

June 09, 2016

Mr. Julio Medeiros, III

c/o Christian Bagin, Esquire

Law Offices of Wienand & Bagin

First & Market Bldg.

100 First Ave., Suite 1010

Pittsburgh, PA  15222

Re:  EEOC Charge Against Borough of Springdale, et al.
       No. 533201600105

Dear Mr. Medeiros, III:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:  Title I of the Americans with Disabilities Act of 1990,  42 U.S.C. 12111, et seq., and,  Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Pittsburgh Area Office, Pittsburgh, PA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Vanita Gupta
Principal Deputy Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Pittsburgh Area Office, EEOC
     Borough of Springdale, et al.

**EXHIBIT**
25



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7010 0290 0000 2017 3408

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

June 09, 2016

Mr. Julio Medeiros, III
c/o Christian Bagin, Esquire
Law Offices of Wienand & Bagin
First & Market Bldg.
100 First Ave., Ste. 1010
Pittsburgh, PA  15222

Re:  EEOC Charge Against Borough of Springdale, et al.
     No. 533201600262

Dear Mr. Medeiros, III:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:  Title I of the Americans with Disabilities Act of 1990,  42 U.S.C. 12111, et seq., and,  Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Pittsburgh Area Office, Pittsburgh, PA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Vanita Gupta
Principal Deputy Assistant Attorney General
Civil Rights Division

by  *Karen L. Ferguson*
     Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Pittsburgh Area Office, EEOC
    Borough of Springdale, et al.