IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| JULIO F. MEDEIROS III, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SPRINGDALE BOROUGH, )<br>PENNSYLVANIA, )<br>)<br>Defendant, )<br>) | 2:16-CV-01370-CRE |

# MEMORANDUM ORDER[1]

CYNTHIA REED EDDY, United States Magistrate Judge.

Plaintiff Julio F. Medeiros, III ("Plaintiff") filed the instant action against the Defendant Springdale Borough, Pennsylvania ("Borough") alleging numerous civil rights violations in connection with his former employment with the Borough. Defendants presently move to dismiss Plaintiff's Pennsylvania Wage Payment and Collection Law, 43 P.S. § 260.1, *et seq.*, claim ("WPCL") and his Pennsylvania Whistleblower Law, 43 P.S. § 1421, *et seq.*, claim ("PWL"), counts two and twelve of the complaint, respectively.

In his response, Plaintiff concedes to dismissing these claims with prejudice. *See* Pl.'s Resp. [ECF No. 9 at 2] ("Plaintiff consents to the dismissal of the two counts with prejudice[.]").

Accordingly, the following Order is entered:

AND NOW, this 4th day of November, 2016, Defendant's motion to dismiss [ECF No. 7] counts two and twelve – Plaintiff's WPCL and PWL claims – is GRANTED and these claims are dismissed with prejudice.

---

[1] All parties have consented to jurisdiction before a United States Magistrate Judge; therefore the Court has the authority to decide dispositive motions, and to eventually enter final judgment. *See* 28 U.S.C. § 636, *et seq.*

IT IS FURTHER ORDERED that Defendant shall file an Answer to the remaining claims by **November 25, 2016.**

                                                      BY THE COURT:

                                                      s/Cynthia Reed Eddy
                                                      United States Magistrate Judge

cc: all registered counsel via CM-ECF